UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOANN WAINWRIGHT,

          Plaintiff,

    v.

MELALEUCA, INC.,

          Defendant.

Case No. 2:19-cv-02330-JAM-DB

**ORDER GRANTING DEFENDANT MELALEUCA, INC.'S REQUEST TO SEAL DEFENDANT'S MOTION FOR ORDER COMPELLING ARBITRATION AND MOTION TO DISMISS OR STAY AND SUPPORTING DOCUMENTS**

Pursuant to Local Rule 141, having considered Defendant Melaleuca Inc.'s ("Melaleuca") Request to Seal Defendant's Motion for Order Compelling Arbitration and Motion to Dismiss or Stay and Supporting Documents ("Request"), the Court hereby **GRANTS** Melaleuca's Request and provisionally **ORDERS** that Defendant's Motion for Order Compelling Arbitration and Motion to Dismiss or Stay and all documents submitted in support thereof ("Moving Papers"), shall remain under seal until further order of the Court to allow Plaintiff Joann Wainwright to seek an order sealing the portions of the Moving Papers she contends are confidential.

    **IT IS SO ORDERED.**

Dated:  November 26, 2019

                            /s/ John A. Mendez_____
                            Hon. John A. Mendez
                            United States District Court Judge