1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10   JOANN WAINWRIGHT,                      Case No. 2:19-cv-02330-JAM-DB

11                      Plaintiff,          **ORDER GRANTING JOINT STIPULATION
                                            TO STAY DEADLINE TO SUBMIT RULE**
12       v.                                 **26(f) REPORT**

13   MELALEUCA, INC.,

14                      Defendant.

15       Having considered the parties' Joint Stipulation  to Stay Deadline to Submit Rule 26(f)

16   Report, and good cause existing,

17       The Court ORDERS that the deadline to submit the joint status report, to the extent one is

18   ultimately necessary, is stayed until 21 days after the disposition of Melaleuca's Motion For Order

19   Compelling Arbitration and Motion to Dismiss or Stay.

20       **IT IS SO ORDERED.**

21

22   Dated: 1/15/2020

23                                     /s/ John A. Mendez
                                       John A. Mendez
24                                     United States District Court Judge

25

26

27

28